# United States District Court
## For The Western District of North Carolina
## Statesville Division

SAMUEL S. OSTRANDER,

                Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         5:08CV147

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2011 Order.

                Signed: April 20, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court